IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20CB3000 |
| vs. | |
| MCKAYLA BURNETTE, | **ORDER** |
| Defendant. | |

Regarding the citations issued to Defendant on November 16, 2019, (copies of which are attached),

IT IS ORDERED:

1) Defendant is ordered to appear at 8:30 a.m. on April 2, 2020 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to answer to the charge.

2) Defendant, defense counsel (if any), and counsel for the government shall attend.

February 25, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: **NE 17**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6506148 | K Chadwick | 6178 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/16/2019 1430
Offense Charged: ☒ CFR ☐ USC ☐ State Code
16 USC 668dd(f)(2)
50 CFR 27.61

Place of Offense: Fort Niobrara NWR - Fort Falls

Offense Description: Factual Basis for Charge — HAZMAT ☐
Destruction of property on NWR

### DEFENDANT INFORMATION

Phone: (    )    -

Last Name: BURNETTE
First Name: MCKAYLA
M.I.:

Street Address: 311 Main ~~407 North Macomb~~ rc
City: Crookston ~~Valentine~~ rc
State: NE
Zip Code: 69216 ~~69218~~
Date of Birth: 07/03/1995

Drivers License No.: H13689842
CDL ☐   D.L. State: NE
Social Security No.:

☒ Adult  ☐ Juvenile   Sex: ☐ Male ☒ Female
Hair: BRN   Eyes: BRN   Height: 5'5"   Weight: 120

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 66-411B | NE | 00 | Chev/Silverado | | Silver |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

US District Court
100 Centennial Mall N
Lincoln, NE 68508
February 6, 2020
0830 Am

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev 09/2015)   Original - CVB Copy

CVB SCAN 12/13/2019 14:42

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 16**, 20 **19** while exercising my duties as a law enforcement officer in the **Judicial** District of **Nebraska**

see attached

_____

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/9/2019   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 12/13/2019 14:42

6506148, 6506149, 6506150                    BURNETTE

### STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **November 16, 2019**, while exercising my duties as a law enforcement officer in the **District of Nebraska (NE17)**

16 USC 668dd(f)(2)/50 CFR 27.61
Destruction of property on NWR,
16 USC 668dd(f)(2)/50 CFR 27.51
Disturb, injure, damage plants on NWR, and
16 USC 668dd(f)(2)/50 CFR 27.94
Littering on NWR

On Saturday, November 16, 2019, U.S. Fish and Wildlife Service (USFWS) Federal Wildlife Officer (FWO), Kimberly Chadwick, was informed that the historic Fort Falls area on the Fort Niobrara National Wildlife Refuge (FNNWR) had been vandalized. The FNNWR is under the management of the U.S. Fish and Wildlife Service and is governed by the National Wildlife Refuge System Administration Act (Title 16 USC 668dd-ee).

Upon further investigation, Mckayla BURNETTE was identified as a suspect in the vandalism. On November 24, 2019 FWO Chadwick learned that BURNETTE was in custody at the Cherry County Justice Center in Valentine, NE on an unrelated charge. At approximately 1200 hrs on November 24, 2019, FWO Chadwick began an interview with BURNETTE; Cherry County Sheriff's Deputy Logan Dailey was present for the interview which was recorded by FWO Chadwick's body camera. FWO Chadwick read Miranda Rights to BURNETTE, who waived her rights and agreed to speak with FWO Chadwick regarding the vandalism incident.

During the course of the interview, BURNETTE admitted to using black spray paint to mark trees, a fence, and a sign along the Fort Falls hiking trail. BURNETTE also admitted to drinking alcohol on the FNNWR (possession of which is prohibited on the FNNWR) and littering the empty bottles on the ground on the FNNWR.

FWO Chadwick issued BURNETTE mandatory appearance violation notices for the following: 16 USC 668dd(f)(2)/50 CFR 27.61; Destruction of property on NWR, 16 USC 668dd(f)(2)/50 CFR 27.51; Disturb, injure, damage plants on NWR, and 16 USC 668dd(f)(2)/50 CFR 27.94, Littering on NWR.

The foregoing statement is based upon:
___ my personal observation        **XX** my personal investigation

___ information supplied to me by my fellow officer's observation

___ other (explain above)

I declare under the penalty of perjury that the information which I have set forth above and on the face of this violation is true and correct to the best of my knowledge.

Executed on:
12/9/2019                                    *[signature: Kimberly Chadwick]*

# United States District Court
## Violation Notice

CVB Location Code: **NE 17**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6506149 | KChadwick | 6178 |

6506149

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **11/16/2019 1430**
Offense Charged: ☒ CFR ☐ USC ☐ State Code
**16 USC 668dd(f)(2)**
**50 CFR 27.51**

Place of Offense: **Fort Niobrara NWR - Fort Falls**

Offense Description: Factual Basis for Charge — HAZMAT ☐
**Disturb, injure, damage plants on NWR**

### DEFENDANT INFORMATION
Phone: (   )

Last Name: **BURNETTE**
First Name: **MCKAYLA**
M.I.:
Street Address: **311 North Main**
City: **Crookston**
State: **NE**
Zip Code: **69212**
Date of Birth: **07/03/1995**
Drivers License No.: **H13689842**
CDL ☐  D.L. State: **NE**
Social Security No.:

☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female
Hair: **BRN**  Eyes: **BRN**  Height: **5'5"**  Weight: **120**

### VEHICLE   VIN:
Tag No.: **66-411B**   State: **NE**   Year: **00**   Make/Model: **Chevy Silverado**   PASS ☐   Color: **Silver**   CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

US District Court
100 Centennial Mall N
Lincoln, NE 68508
February 6, 2020
830 Am

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 16, 2019** while exercising my duties as a law enforcement officer in the **Judicial** District of **Nebraska**

**see attached**

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/9/2019**   Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/13/2019 14:43

6506148, 6506149, 6506150                                    BURNETTE

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **November 16, 2019**, while exercising my duties as a law enforcement officer in the District of Nebraska (NE17)

16 USC 668dd(f)(2)/50 CFR 27.61
Destruction of property on NWR,
16 USC 668dd(f)(2)/50 CFR 27.51
**Disturb, injure, damage plants on NWR, and**
16 USC 668dd(f)(2)/50 CFR 27.94
Littering on NWR

On Saturday, November 16, 2019, U.S. Fish and Wildlife Service (USFWS) Federal Wildlife Officer (FWO), Kimberly Chadwick, was informed that the historic Fort Falls area on the Fort Niobrara National Wildlife Refuge (FNNWR) had been vandalized. The FNNWR is under the management of the U.S. Fish and Wildlife Service and is governed by the National Wildlife Refuge System Administration Act (Title 16 USC 668dd-ee).

Upon further investigation, Mckayla BURNETTE was identified as a suspect in the vandalism. On November 24, 2019 FWO Chadwick learned that BURNETTE was in custody at the Cherry County Justice Center in Valentine, NE on an unrelated charge. At approximately 1200 hrs on November 24, 2019, FWO Chadwick began an interview with BURNETTE; Cherry County Sheriff's Deputy Logan Dailey was present for the interview which was recorded by FWO Chadwick's body camera. FWO Chadwick read Miranda Rights to BURNETTE, who waived her rights and agreed to speak with FWO Chadwick regarding the vandalism incident.

During the course of the interview, BURNETTE admitted to using black spray paint to mark trees, a fence, and a sign along the Fort Falls hiking trail. BURNETTE also admitted to drinking alcohol on the FNNWR (possession of which is prohibited on the FNNWR) and littering the empty bottles on the ground on the FNNWR.

FWO Chadwick issued BURNETTE mandatory appearance violation notices for the following: 16 USC 668dd(f)(2)/50 CFR 27.61; Destruction of property on NWR, 16 USC 668dd(f)(2)/50 CFR 27.51; Disturb, injure, damage plants on NWR, and 16 USC 668dd(f)(2)/50 CFR 27.94, Littering on NWR.

The foregoing statement is based upon:
___ my personal observation        **XX** my personal investigation

___ information supplied to me by my fellow officer's observation

___ other (explain above)

I declare under the penalty of perjury that the information which I have set forth above and on the face of this violation is true and correct to the best of my knowledge.

Executed on: 12/9/2019                    _Kimberly Chadwick_ (signature)

# United States District Court
## Violation Notice

**CVB Location Code:** NE 17

**Violation Number:** 6506150
**Officer Name (Print):** K Chadwick
**Officer No.:** 6178

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/16/2019 1430
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
16 USC 668dd(f)(2)
50 CFR 27.94

**Place of Offense:** Fort Niobrara NWR - Fort Falls

**Offense Description: Factual Basis for Charge:** Littering on NWR

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** (605) 828-8013
**Last Name:** BURNETTE
**First Name:** MCKAYLA
**M.I.:**
**Street Address:** 311 North Main
**City:** Crookston
**State:** NE
**Zip Code:** 69212
**Date of Birth:** 07/03/1995
**Drivers License No.:** H13689842
**CDL:** ☐
**D.L. State:** NE
**Social Security No.:**

☒ Adult ☐ Juvenile  **Sex:** ☐ Male ☒ Female
**Hair:** BRN  **Eyes:** BRN  **Height:** 5'5"  **Weight:** 120

### VEHICLE  VIN:  CMV ☐
**Tag No.:** 66-411B
**State:** NE
**Year:** 00
**Make/Model:** Chevy/Silverado
**PASS:** ☐
**Color:** Silver

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

US District Court
100 Centennial Mall N
Lincoln, NE 68508
February 6, 2020
0830

**Forfeiture Amount:** $
**+ $30 Processing Fee**
**Total Collateral Due:** $

**PAY THIS AMOUNT →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature:**

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 12/13/2019 14:43

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 19, 2019** while exercising my duties as a law enforcement officer in the **Judicial** District of **Nebraska**

See attached

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/9/2019**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 12/13/2019 14:43

6506148, 6506149, 6506150                                          **BURNETTE**

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **November 16, 2019**, while exercising my duties as a law enforcement officer in the **District of Nebraska (NE17)**

**16 USC 668dd(f)(2)/50 CFR 27.61**
**Destruction of property on NWR,**
**16 USC 668dd(f)(2)/50 CFR 27.51**
**Disturb, injure, damage plants on NWR, and**
**16 USC 668dd(f)(2)/50 CFR 27.94**
**Littering on NWR**

On Saturday, November 16, 2019, U.S. Fish and Wildlife Service (USFWS) Federal Wildlife Officer (FWO), Kimberly Chadwick, was informed that the historic Fort Falls area on the Fort Niobrara National Wildlife Refuge (FNNWR) had been vandalized. The FNNWR is under the management of the U.S. Fish and Wildlife Service and is governed by the National Wildlife Refuge System Administration Act (Title 16 USC 668dd-ee).

Upon further investigation, Mckayla BURNETTE was identified as a suspect in the vandalism. On November 24, 2019 FWO Chadwick learned that BURNETTE was in custody at the Cherry County Justice Center in Valentine, NE on an unrelated charge. At approximately 1200 hrs on November 24, 2019, FWO Chadwick began an interview with BURNETTE; Cherry County Sheriff's Deputy Logan Dailey was present for the interview which was recorded by FWO Chadwick's body camera. FWO Chadwick read Miranda Rights to BURNETTE, who waived her rights and agreed to speak with FWO Chadwick regarding the vandalism incident.

During the course of the interview, BURNETTE admitted to using black spray paint to mark trees, a fence, and a sign along the Fort Falls hiking trail. BURNETTE also admitted to drinking alcohol on the FNNWR (possession of which is prohibited on the FNNWR) and littering the empty bottles on the ground on the FNNWR.

FWO Chadwick issued BURNETTE mandatory appearance violation notices for the following: 16 USC 668dd(f)(2)/50 CFR 27.61; Destruction of property on NWR, 16 USC 668dd(f)(2)/50 CFR 27.51; Disturb, injure, damage plants on NWR, and 16 USC 668dd(f)(2)/50 CFR 27.94, Littering on NWR.

The foregoing statement is based upon:
___ my personal observation        **XX** my personal investigation

___ information supplied to me by my fellow officer's observation

___ other (explain above)

I declare under the penalty of perjury that the information which I have set forth above and on the face of this violation is true and correct to the best of my knowledge.

Executed on:
12/9/2019                                          *[signature] Kimberly Chadwick*