IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MCKAYLA BURNETTE,<br><br>　　　　　Defendant. | CASE NUMBER: 4:20CB3000<br><br>VIOLATIONS 6506148 AND 6506149<br><br>PRO SE |

## JUDGMENT IN A CRIMINAL CASE
(For a CVB violation)

**THE DEFENDANT** pleaded guilty to violations 6506148 and 6506149 on 07/2/2020.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|
| 50 CFR 27.61 DESTRUCTION OF PROPERTY ON NATIONAL WILDLIFE REFUGE | 11/16/2019 | 6506148 |
| 50 CFR 27.51 DISTURB/INJURE/DAMAGE PLANTS ON NATIONAL WILDLIFE REFUGE | 11/16/2019 | 6506149 |

Violation 6506150 is dismissed on oral motion of the government as to this defendant only.

The defendant is sentenced as provided on page 2 of this judgment.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

　　　　　　　　　　　　　　　　　　　Date of Imposition of Sentence:
　　　　　　　　　　　　　　　　　　　July 2, 2020

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　July 6, 2020

Defendant: MCKAYLA BURNETTE  
Case Number: 4:20CB3000  
VIOLATIONS 6506148 AND 6506149

Page 2 of 3

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $30.00 processing fee on each violation | $100.00 fine on each violation | $420.00 |

### FINE

Total Fines in the amount of $200.00, and Processing Fees of $60.00, are imposed. Special Assessments of $10.00 on each citation are waived.

### RESTITUTION

Restitution in the amount of $420.00 is hereby ordered. The defendant shall make restitution to the following payee in the amount listed below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Sandhills Prairie Refuge Association 39983 Refuge Road Valentine, NE 69201 | $420.00 | $420.00 | 100% |
| **Totals** | $420.00 | $420.00 | 100% |

### SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

Payment of **$240.00** due 7/6/2020 **the Clerk of the U.S. District Court, 100 Centennial Mall North, Room 593, Lincoln, NE 68508.**

Payment of **$240.00** due 7/20/2020 **the Clerk of the U.S. District Court, 100 Centennial Mall North, Room 593, Lincoln, NE 68508.**

Payment of **$200.00** due 8/3/2020 **the Clerk of the U.S. District Court, 100 Centennial Mall North, Room 593, Lincoln, NE 68508.**

**NOTE**: The defendant is allowed to complete community service in lieu of a fine if she chooses to, on a schedule agreed upon between the Government and the Defendant.

_____  
CLERK'S OFFICE USE ONLY:

Defendant: MCKAYLA BURNETTE  Page 3 of 3
Case Number: 4:20CB3000
VIOLATIONS 6506148 AND 6506149

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk