IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCKAYLA BURNETTE,<br><br>    Defendant. | **4:20CB3000**<br><br>**ORDER** |

Defendant has paid her fine in full.

Accordingly,

IT IS ORDERED that the warrant for the arrest of McKayla Burnette, (Filing No. 31), is withdrawn.

Dated this 14th day of August, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge